**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**SUCH SUONG, Defendant—Appellant.**

No. 08–30444.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 3, 2010.

Helen J. Brunner, Esquire, Assistant U.S., Brian Werner, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Jason Brett Saunders, Law Offices of Gordon & Saunders, PLLC, Seattle, WA, for Defendant–Appellant.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Such Suong appeals from the 140–month sentence imposed following his guilty-plea conviction for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Suong contends that he was denied effective assistance of counsel at sentencing when counsel failed to argue a mitigating factor, to produce evidence in support of sentencing arguments, and to seek a continuance to obtain further evidence in support of sentencing arguments. We are precluded from reaching the merits of Suong's claim by a valid appeal waiver. *See United States v. Nunez*, 223 F.3d 956, 958–59 (9th Cir.2000); *see also United*

*States v. Jacobo Castillo*, 496 F.3d 947, 957 (9th Cir.2007) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

